FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

JUL - 5 2018

JAMES N. HATTEN, Clerk
By: DR  Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| RAFAEL RIVERA, individually, and on behalf of others similarly situated, <br><br> Plaintiff <br> v. <br><br> NORTHEAST GEORGIA HEALTH SYSTEM INC., <br><br> Defendant | Civil Action No: 2:18-cv-00053-RWS <br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING JOINT MOTION
## FOR EXTENSION OF TIME

THIS MATTER coming before the court on the parties' Joint Motion for Extension of Time (Doc. 9) within which Plaintiff must answer, move or otherwise respond to Defendant's Motion to Dismiss, due notice to the parties and the court being advised on the premises and good cause shown, IT IS HEREBY ORDERED THAT:

The parties' Joint Motion is GRANTED. Plaintiff shall have additional time, up to and including July 30, 2018, in which to file his answer to Defendant's Motion

to Dismiss. All other deadlines in the case shall be stayed until 14 days after the Court issues its order with respect to Defendant's Motion to Dismiss.

SO ORDERED, this 5th day of July, 2018.

_____
RICHARD W. STORY
United States District Judge


Ordered prepared by:

/s/ Howard P. Slomka
Howard P. Slomka, Esquire
Georgia Bar No. 652875
Slipakoff & Slomka LLP
2859 Paces Ferry Rd. SE. Suite 1700
Atlanta, Georgia 30339
Attorney for Plaintiff


Consent by:

/s/ Matthew R. Simpson
Matthew R. Simpson
Georgia Bar No. 540260
Fisher & Phillips LLP
1075 Peachtree Street NE
Suite 3500
Atlanta, Georgia 30309
Attorney for Defendant