IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RAFAEL RIVERA, individually, and on behalf of others similarly situated | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil No. 2:18-cv-00053-RWS<br>) |
| NORTHEAST GEORGIA HEALTH SYSTEM, INC., | )<br>)<br>)<br>) |
| Defendant. | ) |

## ~~PROPOSED~~ ORDER

This matter comes before the Court on the Parties' Joint Motion and Stipulation Regarding Notice and Consent to Putative FLSA Class Members. For good cause shown, and after finding that the proposed stipulated notice and consent to join are appropriate, the Court **GRANTS** the Parties' Joint Motion and Stipulation Regarding Notice and Consent to Putative FLSA Class Members.

Pursuant to Section 216(b) of the Fair Labor Standards Act, it is hereby **ORDERED** that the following class be conditionally certified (the "Putative FLSA Class"):

> All persons currently or formerly employed by Northeast Georgia Health System, Inc. as a Respiratory Therapist, who were paid on an hourly basis and had an automatic thirty (30) minute meal break deducted by Defendant at any time from three (3) years prior to issuance of notice to the present, but who

allegedly performed compensable work during the meal break, and were therefore not paid at a rate at least one and one-half times the employee's regular rate for all hours worked over 40 in a workweek.

**IT IS FURTHER ORDERED** that, within sixty (60) days, Defendant shall provide to Plaintiff an Excel spreadsheet containing the name, mailing address, and dates of employment of each potential member of the Putative FLSA Class.

**IT IS FURTHER ORDERED** that, within fifteen (15) days of Defendant providing to Plaintiff the Excel spreadsheet, Plaintiff shall cause the Notice of Conditional Certification and Consent to Join Collective Action forms attached to this Order as Exhibits A and B to issue to the Putative FLSA Class once via U.S. mail.

**IT IS FURTHER ORDERED** that potential opt-in plaintiffs shall have thirty (30) days from issuance of the notice to opt-in to the lawsuit.

This 8th day of August, 2018.

_____
HONORABLE RICHARD W. STORY
UNITED STATES DISTRICT JUDGE